FILED (EDSS)
**July 15, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Certificate Number: 05781-PAM-DE-041208415

Bankruptcy Case Number: 26-01612



05781-PAM-DE-041208415

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 9:06 o'clock AM PDT, Jennifer Wilson-Boyd completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:    July 15, 2026                       By:      /s/Allison M Geving

                                             Name:   Allison M Geving

                                             Title:   President